**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01185-CMA-MJW

AMY CORDOVA,

    Plaintiff,

v.

4 STAR RESOLUTION, LLC,

    Defendant.

---

**ORDER OF JUDGMENT**

---

    This matter is before the Court on Plaintiff Amy Cordova's Motion for Entry of Default Judgment (Doc. # 13).  Having reviewed the motion, and being fully advised in the premises, the Court finds that entry of default judgment in favor of Plaintiff is appropriate.  However, the Court does not have enough information on the issues of actual damages and attorney fees.

    Accordingly, it is ORDERED that judgment is entered in favor of Plaintiff Amy Cordova and against Defendant 4 Star Resolution in the amount of $1,000.00 for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A).  It is

    FURTHER ORDERED that counsel shall appear at a hearing on the issues of actual damages and attorney fees on **August 6, 2013, at 1:30 PM**, in Courtroom A602,

before Judge Christine M. Arguello. Should counsel desire to appear at this hearing by

telephone, the Court will entertain an appropriate motion to do so.

DATED: July __22__, 2013

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge